No. 03–10703. GAETA-DUARTE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–10704. GARCIA ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–10706. GUTIERREZ-BARAJAS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–10707. HAGER v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 03–10709. GOODMAN v. ALBANY AREA COMMUNITY SERVICE BOARD ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–10710. RINALDI v. TRANCOSO, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 03–10711. PAYNE v. VANGUARD CELLULAR SYSTEMS, INC., ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–10712. PUGA v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 03–10713. REEVES v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–10714. SUTTON v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–10715. RODRIGUEZ v. GROMETER, JUSTICE, APPELLATE COURT OF ILLINOIS, SECOND DISTRICT, ET AL. Sup. Ct. Ill. Certiorari denied.

No. 03–10716. SMITH v. OLSON, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 03–10717. SYKOSKY v. FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 03–10718. ROSS v. TEXAS. C. A. 5th Cir. Certiorari denied.